UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ABC IP, INC., Lawrence DeMonico, LAD, LLC | § | |
| | § | |
| | § | NO: AU:25-CV-01626-RP |
| vs. | § | |
| | § | |
| Spider Hole, LLC, Spikes Tactical, LLC, Michael Register | | |

O R D ER

**BE IT REMEMBERED** on this the 3rd day of December, 2025, there was presented tothe Court the Motion for Admission *Pro Hac Vice* filed by Michael E. Long, counsel for Michael Register, Spider Hole, LLC, and Spikes Tactical, LLC. and the Court, having reviewed the motion, enters the following order:

**IT IS ORDERED** that the Motion for Admission *Pro Hac Vice* is GRANTED, and Michael E. Long may appear on behalf of Michael Register, Spider Hole, LLC, and Spikes Tactical, LLC. in the above case.

**IT IS FURTHER ORDERED** that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court.

**IT IS FURTHER ORDERED** that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

**IT IS FINALLY ORDERED** that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

**IT IS SO ORDERED** this 3rd day of December, 2025.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE