**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **ABC IP, INC.; LAD, LLC; and LAWRENCE DEMONICO** | **CIVIL ACTION NO.:** 1-25-CV-01626 |
| **Plaintiffs,** | **JURY TRIAL DEMANDED** |
| v. | |
| **SPIDER HOLE, LLC; SPIKE'S TACTICAL, LLC and MICHAEL REGISTER** | |
| **Defendants.** | |

## MOTION TO WITHDRAW MOTION FOR SANCTIONS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiffs ABC IP, INC., LAD, LLC, and Lawrence DeMonico (collectively, "Plaintiffs") and file this Motion to Withdraw Motion for Sanctions, and now hereby move to withdraw without prejudice the Plaintiffs' Motion for Sanctions [Doc. #8] filed in the above-numbered case, with leave to re-file, and would respectfully show the Court as follows:

1. This suit involves a business dispute arising from the parties' prior commercial relationships.

2. On December 23, 2025, as reflected in the motion's certificate of service, Plaintiffs served their Motion for Sanctions on Defendants by way of e-service through the CM/ECF system. That service constituted effective service under Rule 5, as well as for the purposes of Rule 11.

3. Although the Motion for Sanctions was also filed with the Court on the same date, Plaintiffs' position is that service of the motion on December 23, 2025, under Rule 5 controls the start of the twenty-one (21) day safe harbor period under Rule 11.

4. Plaintiffs do not waive, and expressly preserve, that effective date for the purposes of Rule 11 by withdrawing the motion at this time.

5. Plaintiffs now seek to withdraw without prejudice its Motion for Sanctions, with leave to re-file.

6. No hearing on Plaintiffs' Motion for Sanctions has been set to date.

7. No decision on Plaintiffs' Motion for Sanctions has been issued by this Court to date.

8. Withdrawal of the Motion for Sanctions will not delay this action in any manner.

THEREFORE, for the foregoing reasons, Plaintiffs ABC IP, INC., LAD, LLC, and Lawrence DeMonico pray that the Court grant its Motion to Withdraw its Motion for Sanctions.

Dated: January 7, 2026

Respectfully submitted,

*/s/ Jared Greathouse*
Jared A. Greathouse
Texas State Bar No. 24077284
Robert A. Rhodes
Texas State Bar No. 24116958
**MUNSCH HARDT KOPF & HARR, PC.**
1717 West 6th Street, Suite 250
Austin, Texas 78703
Telephone: 512.391.6100
Facsimile: 512.391.6149
Email: jgreathouse@munsch.com
Email: rrhodes@munsch.com

**ATTORNEYS FOR PLAINTIFFS ABC IP, INC, LAD, LLC, AND LAWRENCE DEMONICO**

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2026, a true and correct copy of the foregoing document was served on all counsel of record by way of e-service through the CM/ECF system.

/s/ Jared Greathouse