IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ABC IP, INC., LAD, LLC, and LAWRENCE DEMONICO, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:25-CV-1626-RP |
| SPIDER HOLE, LLC, SPIKE'S TACTICAL, LLC, and MICHAEL REGISTER, | § § § § | |
| Defendants. | § § | |

## **ORDER**

Before the Court is the above-styled cause of action. On December 2, 2025, Defendants Spider Hole, LLC, Spike's Tactical, LLC, and Michael Register (collectively, "Defendants") filed a motion to dismiss. (Mot. to Dismiss, Dkt. 5). Plaintiffs ABC IP, Inc., LAD, LLC, and Lawrence DeMonico (collectively, "Plaintiffs") filed a response, (Dkt. 7), and Defendants filed a reply, (Dkt. 9). Subsequently, after briefing on the motion to dismiss was complete, Defendants filed an Amended Motion to Dismiss on the same grounds. (Am. Mot. to Dismiss, Dkt. 12). Plaintiffs' response was due on or before February 2, 2026. *See* W.D. Tex. Loc. R. 7(d). To date, Plaintiffs have not filed a response. The Court will therefore show cause Plaintiffs for their failure to respond to the Amended Motion to Dismiss.

Accordingly, **IT IS ORDERED** that Plaintiffs (1) shall show cause in writing on or before **February 24, 2026,** as to why Plaintiffs are not required to respond to the Amended Motion to Dismiss, (Dkt. 12), or, alternatively, (2) Plaintiff shall file a response to Defendants' Amended Motion to Dismiss, (Dkt. 12), on or before **February 24, 2026**. Failure to do so may result in the dismissal of this action with prejudice. *See* Fed. R. Civ. P. 41(b) (action may be dismissed for want of prosecution or failure to comply with court order); *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir.

1998) (district court has authority to dismiss case for want of prosecution or failure to comply with court order).

**SIGNED** on February 10, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE