**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **ABC IP, Inc.; LAD, LLC; and Lawrence Demonico,**<br>*Plaintiffs*<br><br>**v.**<br><br>**Spider Hole, LLC; Spike's Tactical, LLC; and Michael Register,**<br>*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **No. 1:25-cv-01626-RP** |

## ORDER

Before the Court are Defendants' Amended Motion to Dismiss, filed January 19, 2026 (Dkt. 12), and Plaintiffs' Response, filed February 24, 2026 (Dkt. 14).[1]

The Court **ORDERS** the parties, or counsel of record appearing on their behalf, to appear for a hearing on Defendants' Motion at **2 p.m. Tuesday, June 30, 2026** in Courtroom Six on the Sixth Floor of the United States Courthouse, 501 West Fifth Street, Austin, Texas 78701.

**SIGNED** on May 29, 2026.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

[1] By Text Order entered April 21, 2026, the Honorable Robert Pitman referred the motion to this Magistrate Judge for a report and recommendation, pursuant to 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72, and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas.