# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

ABC IP, Inc.; LAD, LLC; and
Lawrence DeMonico,
　　　　*Plaintiffs*

v.

Spider Hole, LLC; Spike's Tactical,
LLC; and Michael Register,
　　　　*Defendants*

§
§
§
§
§
§
§
§
§
§

No. 1:25-cv-01626-RP

## ORDER AND REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

TO:  THE HONORABLE ROBERT PITMAN
　　　UNITED STATES DISTRICT JUDGE

Now before the Court are:

- Defendants' Amended Motion to Dismiss, filed January 19, 2026 (Dkt. 12);

- Plaintiffs' Response to Defendants' Amended Motion to Dismiss, filed February 24, 2026 (Dkt. 14);

- Defendants' Motion to Stay Discovery and Emergency Motion for Protective Order, filed May 26, 2026 (Dkt. 17);

- Plaintiffs' Response in Opposition to Defendants' Motion to Stay Discovery and Emergency Motion for Protective Order, filed May 29, 2026 (Dkt. 18);

- Defendants' Notice of Emergency and Request for Immediate Consideration, filed June 2, 2026 (Dkt. 22); and

- Plaintiffs' Request for Clarification, filed June 9, 2026 (Dkt. 24).[1]

On June 30, 2026, the Court held a hearing on the motions at which all parties appeared through counsel and took the motions under advisement.

---

[1] By Text Orders entered April 21, June 2, and June 17, 2026, the Honorable Robert Pitman referred to this Magistrate Judge the motion to dismiss for a report and recommendation and the other motions for disposition, pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72, and Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas.

During the hearing, Defendants consented, and the Court grants leave under Rule 15(a)(2), to allow Plaintiffs to amend their complaint to allege (1) the parties' domicile, when relevant, and (2) any contacts with the forum state of Texas by Defendants relevant to the Court's exercise of personal jurisdiction over them. The Court **ORDERS** that Plaintiffs have until **July 10, 2026** to file an amended complaint.

In the Amended Order setting the hearing on the motions, entered June 2, 2026, the Court gave the parties notice that: "Because it appears that Defendants' delay in moving for a protective order was not substantially justified, the parties should be prepared to address at the hearing whether the Court should recommend payment of Plaintiffs' expenses in opposing Defendants' motion under Rule 37(a)(5)(B)." Dkt. 23 at 2. The Court **GRANTS** Defendants' request at the hearing to submit a brief addressing whether their Motion to Stay Discovery and Emergency Motion for Protective Order was "substantially justified or other circumstances make an award of expenses unjust" under Rule 37(a)(5)(B). Defendants have until **July 10, 2026** to submit a brief, and Plaintiffs have until **July 17, 2026** to submit any response. **Neither brief may exceed five pages**.

**SIGNED** on June 30, 2026.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

2