**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **ABD IP, INC.; Lawrence Demonico;** | § | |
| **and LAD, LLC,** | § | |
| *Plaintiffs* | § | |
| | § | |
| **v.** | § | **No. 1:25-cv-01626-RP** |
| | § | |
| **Spider Hole, LLC; Spikes Tactical,** | § | |
| **LLC; and Michael Register,** | § | |
| *Defendants* | § | |

## ORDER

Plaintiffs filed their Original Complaint on October 8, 2025. Dkt. 1. Defendants appeared on December 2, 2025. Dkt. 5. Contrary to this Court's local rules, the parties have not yet submitted a proposed scheduling order. *See* W.D. Tex. Loc. R. CV-16(c) (requiring parties submit a proposed scheduling order to the court "[n]ot later than 60 days after any appearance of any defendant").

Accordingly, **IT IS ORDERED** that the parties consult the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and submit a joint proposed scheduling order using District Judge Robert Pitman's form on or before **July 22, 2026**.

**SIGNED** on July 8, 2026.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE