**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **ABC IP, Inc.; LAD, LLC; and Lawrence DeMonico,** *Plaintiffs* | § § § | |
| **v.** | § § | **No. 1:25-cv-01626-RP** |
| **Spider Hole, LLC; Spike's Tactical, LLC; and Michael Register,** *Defendants* | § § § | |

**<u>ORDER</u>**

This Magistrate Judge ordered the parties, or counsel acting on their behalf, to appear for an initial pretrial conference by telephone on August 10, 2026. Dkt. 37. Defendants then moved to reschedule the conference because Defendants' counsel is unavailable on that date. Dkt. 38. Plaintiffs do not oppose the motion.

This Magistrate Judge **GRANTS** Defendants' Unopposed Motion to Reschedule Initial Pretrial Conference (Dkt. 38) and **CONTINUES** the initial pretrial conference set for August 10, 2026. The Court will reset the conference at a later time.

**SIGNED** on July 29, 2026.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE