**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| ABC IP, INC.; LAD, LLC; and LAWRENCE DEMONICO | § | |
| | § | |
| Plaintiffs, | § | |
| | § | 1:25-CV-01626-RP |
| v. | § | |
| | § | |
| SPIDER HOLE, LLC; SPIKE'S TACTICAL, LLC; and MICHAEL REGISTER | § | |
| | § | |
| Defendants. | § | |

**NOTICE CONCERNING REFERENCE TO**
**UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the following party **SPIDER HOLE, LLC** through counsel **Michael E. Long**

☐ consents to having a United States Magistrate Judge preside over the trial in this case.

☒ declines to consent to trial before a United States Magistrate Judge.

Respectfully submitted,

/s/ Michael E. Long
Michael E. Long, Esq.

Attorney for:
**SPIDER HOLE, LLC**